UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Tyler Baker,

    Plaintiff,

    v.                                      Civil Action No. 2:20-cv-92

Pro Custom Solar LLC,

    Defendant.

## ORDER

On or before August 14, 2020, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 29th day of July 2020.

                                                /s/ John M. Conroy
                                                John M. Conroy
                                                United States Magistrate Judge